AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF         MASSACHUSETTS

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Enrique Agosto

I certify that I am admitted to practice in this court.

Nov 1, 2004
Date

Catherine K. Byrne
Signature

Catherine K. Byrne    543838
Print Name                          Bar Number

FPO 408 Atlantic Ave
Address

Boston    MA
City        State        Zip Code

617-223-8061
Phone Number                     Fax Number

11/1/2004
NR